# ORIGINAL



**P.J. ZIMMERMANN**
Chapter 7 Trustee
31566 Railroad Canyon Rd., #306
Canyon Lake, CA 92587
Telephone (951) 244-8544
Facsimile (951) 244-8454
E-Mail: pjzimmzimm@aol.com

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re )  CASE NO. 06:00-BK-15177 MJ
) (Chapter 7)
Robert L. Carian )
) NOTICE OF UNCLAIMED DIVIDEND(S)
) (FRBP 3010)
)
)
)
_____Debtor(s)._____)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

        Check No.:   1077

        Amount: $7.77

The undersigned Trustee of the above-entitled estate, having filed her Final Report and Account herein, hereby reports all checks due to creditors in excess of $5.00 have been included on the Trustee's Report of Distributions and Dividend Payments.

The attached list of claimants and the amount to be paid to each have dividends that are less than $5.00 and, therefore, the Trustee is remitting the total of all sums owing to said creditors to the United States Bankruptcy Court.

Dated: January 16, 2010

P.J. ZIMMERMANN, Trustee

| CLAIMANT | DIVIDEND AMOUNT |
|---|---|
| AT&T Wireless Services, Inc.<br>PO Box 309<br>Portland, OR  97207 | $3.85 |
| Valley Office Equipment<br>43-875 Washington St., Ste. F<br>Palm Desert, CA 92261 | 3.92 |

| In re:<br>Robert L. Carian | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:00-bk-15177 MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
31566 RAILROAD CANYON ROAD, #306, CANYON LAKE, CA 92587.

A true and correct copy of the foregoing document described **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3010)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and\or **(b)** in the manner indicated below: **See Attached Service List**.

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 16, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

## SERVICE LIST ATTACHED

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1-16-10 | Diana Castillo | /s/ Diana Castillo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1

| In re: | | CHAPTER 7 |
| --- | --- | --- |
| Robert L. Carian | Debtor(s). | CASE NUMBER 6:00-bk-15177 MJ |

US Trustee's Office
3685 Main Street, Suite 300
Riverside CA 92501

U.S. Bankruptcy Court
Edward R. Roybal Fed Bldg.
255 E. Temple St., Ste. 1260
Los Angeles, CA 90012
Attn: Fiscal Section

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1